CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER BAYNE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 4:26-cv-05594-KAW<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon receipt of the court order, the Appeals Council will again direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. As appropriate, the Administrative Law Judge may request

the medical sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. §§ 404.1520b, 416.920b.

- Give further consideration to the claimant's maximum residual functional capacity with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p).
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Dated: September 22, 2026

By: */s/ Francesco Benavides*
FRANCESCO BENAVIDES
(as authorized by email)
Attorney for Plaintiff

Dated: September 22, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: September 24, 2026

Kandis Westmore
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge